UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZAHRA VAZIRI, d/b/a MYSTIQUE SALON & SPA;  STEVE SHIN-DER LEE; PUANG JIUAN-JIUAN LEE,<br><br>　　　　　　Defendants. | 2:07-cv-02229-GEB-EFB<br><br><u>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

　　　　The October 19, 2007, Order Setting Status (Pretrial Scheduling) Conference ("October 19 Order") scheduled a status conference in this case for February 4, 2008, and required the parties to file a joint status report no later than fourteen days prior to the status conference.  The Order further required that a status report be

1

filed regardless of whether a joint report could be procured.[1]  No status report was filed.

Plaintiff is Ordered to Show Cause (OSC) in a writing to be filed no later than 4:00 p.m. on March 17, 2008, why sanctions should not be imposed against him and/or his counsel under Rule 16(f) of the Federal Rules of Civil Procedure for his failure to file a timely status report.

Plaintiff's written response shall also explain whether Plaintiff has served Defendant with a copy of the October 19 Order.[2] If Plaintiff has not yet served Defendant with a copy of the October 19 Order, Plaintiff shall also show cause why he and/or his counsel should not be sanctioned for failure to timely serve Defendant with a copy of the Order.

The written response shall also state whether Plaintiff or his counsel is at fault, and whether a hearing is requested on the OSC.[3]  If a hearing is requested, it will be held on March 31, 2008,

---

[1] As the Order states:

> The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

October 19 Order at 2 n.1

[2] As prescribed in the October 19 Order, Plaintiff was required to serve Defendant with a copy of the October 19 Order "[c]oncurrently with the service of process, or as soon thereafter as possible . . . ."  October 19 Order at 1.

[3] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the
(continued...)

2

at 9:00 a.m., just prior to the status conference, which is rescheduled to that date.  In accordance with the requirements set forth in the October 19 Order, a status report shall be filed no later than 14 days prior to the status conference.

IT IS SO ORDERED.

Dated:  January 31, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[3](...continued)
clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).